## COOKE v. PRICE

Leu$^t$ Richard Cooke pl$^t$ against the goods debts or Estate that was formerly belonging vnto M$^r$ Thomas Broughton & this case was also continued (after seuerall debates about its proceeding) vntill the next Court w$^{th}$ the Auditts returne.

[See Cooke v. Broughton, session of 30 January 1671/72, pp. 65–78.]

## WHITCOMB v. BURNHAM

James Whitcomb pl$^t$ against Thomas Burnam of Barbados defend$^t$ in an Action of the case for not passing or giuing bills of Exchange for the paying of fiuety & fiue pounds in London according to his Ingagem$^t$ as per a Letter of Creditt vnder the hand of said Burnham & James Coats bearing date the 13th of Oct$^o$ 1670 & also a receipt of Benjamin Cotman relating therevnto bearing Date the Second day of December 1670 & for all Damage susteyned for want thereof with other due damages according to Attachm$^t$ Dat the 3$^d$ of 9$^{br}$ 1671 This Acion was by agreem$^t$ of y$^e$ pl$^t$ & William Goose (Master of y$^e$ Katch Susanna whereof three Eight parts were attached as y$^e$ estate of y$^e$ Defend$^t$) & Leaue from the Court now tryed & . . . the Jurie . . . found for the plantiffe sixty eight pounds fiueteene shillings in siluer & costs of Court forty fowre shillings & tenn pence.

## BARTH$^o$ v. TURILL

William Bartholameu Attourney to Major Nehemiah Bourne pl$^t$ ags$^t$ Dan: Turill defend$^t$ according to Attachm$^t$ Dat y$^e$ 26th of Octo$^{br}$ 1671 [9] the plantiff not producing any procuracion or power from s$^d$ major Bourne was declared nonsuited.